# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| CURLEY LYONS, JR. | CIVIL ACTION NO. 07-1353 |
| VS. | JUDGE MELANÇON |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 2nd day of July, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE